Filed by     R7B     D.C.

ELECTRONIC

**February 16, 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## KEY WEST DIVISION

**SUZANN HOLLIS,**
  **Plaintiff,**

**v.**

**CITY OF KEY WEST and ERIC BISKUP** in his individual capacity,
  **Defendants.**

Case No.:

## 12-10013-CIV-MOORE/TORRES

### COMPLAINT FOR DAMAGES

Plaintiff SUZANN HOLLIS sues Defendants and alleges as follows:

### Jurisdiction and Venue

1.   This action is brought pursuant to 42 U.S.C. §§ 1983 and 1988 to redress the deprivation of violations of the Fourth Amendment to the Constitution of the United States.

2.   The jurisdiction of the Court is founded upon 28 U.S.C. § 1343(3) and (4).

3.   All Defendants are found within the venue of this Court.

4.   All conditions precedent to this suit have been complied with or waived.

### Parties

5.   At all times material hereto, Plaintiff SUZANN HOLLIS was a citizen of the United States, and resident of Florida.

6.   Defendant CITY OF KEY WEST is a municipal corporation under Florida Law,

1

with the duty to establish the policies, practices, and regulations for the conduct of the Key West Police Department and its employees.

7.  At all times material hereto, Defendant ERIC BISKUP, was a police officer employed by Defendant CITY OF KEY WEST.

8.  At all times relevant hereto and in all of their actions described herein, all defendants acted under color of law and within the scope of their employment.

## Common Allegations of Fact

9.  On February 16, 2008, Suzann Hollis and Anna Ricciotti, her partner, got into a loud argument at Pearl's Bed and Breakfast, where they were staying.

10. Key West police officer Eric Biskup arrived on the scene and spoke with Ms. Ricciotti about what had occurred.

11. After some time had elapsed, Ms. Hollis asked Officer Biskup if she could also give her side of the story.

12. Officer Biskup replied, "No."

13. Ms. Hollis asked "why?"

14.  Officer Biskup replied, "Cause I don't fucking like you."

15. Ms. Hollis voiced her frustration and Officer Biskup responded by seizing her arm, spun her around, and slammed her into the windshield of his patrol car.

16. Ms. Hollis is disabled in that her arm was amputated because of a prior injury.

17. Because of the loss of her arm, Ms. Hollis has difficulty with balance.

18. When Officer Biskup spun her around, she lost her balance and started to fall.

2

19. Ms. Hollis attempted to brace herself against the fall.

20. Ms. Hollis did not at any time use force against Officer Biskup.

21. Officer Biskup sprayed Ms. Hollis in the face with pepper spray.

22. Officer Biskup then struck Ms. Hollis full in the face with his fist.

23. Officer Biskup then tackled Ms. Hollis and slammed her to the ground.

24. Officer Biskup then placed his knee on Ms. Hollis' neck.

25. As a result of the pepper spray and the blood flowing copiously from her nose, Ms. Hollis could not see or breathe.

26. Ms. Hollis experienced fear and panic and intense pain.

27. Ms. Hollis told Officer Biskup she could not breathe and pleaded with him to reduce the pressure on her neck.

28. Officer Biskup ignored Ms. Hollis' pleas.

29. Emergency technicians transported Ms. Hollis to the emergency room where doctors told her that her nose was broken.

30. The nurse on duty requested that Officer Biskup remove the handcuff from Ms. Hollis' one arm to facilitate her treatment and Officer Biskup refused.

31. A surgical balloon was inserted in one nostril to re-open the crushed passageway.

32. After her treatment, Officer Biskup forced Ms. Hollis to remove her blood-soaked shirt and bra to keep from getting blood in his patrol car.

33. Officer Biskup watched Ms. Hollis as she changed into a hospital gown.

34. Officer Biskup refused to assist Ms. Hollis in tying the gown.

3

35. While escorting Ms. Hollis, he twisted her one arm and forced her to her knees.

36. As Ms. Hollis was being booked into the jail, Officer Biskup bragged to other officers how he had "cold-cocked" Ms. Hollis.

37. Defendant City of Key West is well aware of Defendant Biskup's repeated use of excessive force and violation of civil rights.

38. Defendant City of Key West has approved and directed Defendant Biskup's aggressive and abusive practices.

39. Plaintiff has had to retain counsel to redress her constitutional rights and is therefore entitled to attorney's fees and the costs of litigation.

40. As a direct and proximate result of the wrongful acts alleged above, Plaintiff Suzann Hollis suffered bodily injury and resulting pain and suffering, medical costs, mental anguish, and loss of capacity for the enjoyment of life.  These injuries and losses are permanent and continuing, and Plaintiff will suffer such losses in the future.

### Causes of Action

### Count I:   Violation of Constitutional Rights of Suzann Hollis under 42 U.S.C. § 1983 against Defendant Biskup

41. Plaintiff realleges the Common Allegations as if fully set forth herein.

42. Defendant Biskup violated the constitutional rights of Suzann Hollis by:

   a.  The use of excessive force against Suzann Hollis in violation of the Fourth Amendment to the U.S. Constitution.

4

b.  Violation of bodily integrity by making Ms. Hollis strip in his presence in violation of the Fourteenth Amendment to the U.S. Constitution.

**WHEREFORE**, Plaintiff demands judgment as noted below.

### Count II:   Violation of Constitutional Rights of Suzann Hollis under 42 U.S.C. § 1983 against Defendant City of Key West

43.  Plaintiff realleges the Common Allegations as if fully set forth herein.

44.  Defendant City of Key West is responsible for the oversight and control of the acts, customs and policies of his officers, agents, and employees.

45.  The complained of actions and behavior of Defendant Biskup occurred while Defendant Biskup was on duty and working as an officer with the City of Key West Police Department.

46.  Prior to the incident sued upon, Defendant City of Key West failed to properly train, supervise, discipline, or control officers, or properly investigate complaints, such that the abuses suffered by Plaintiff was substantially certain to occur.

47.  Defendant City of Key West was aware that Defendant Biskup had violated constitutional rights of arrestees on other occasions but affirmed and promoted him thereby approving and directing Defendant Biskup's wrongful acts.

48.  The failure of Defendant City of Key West to train, supervise, and discipline officers, or investigate complaints, and affirmation and promotion of Defendant Biskup directly caused and was the reasonably foreseeable cause of the deprivation of Plaintiff's constitutional rights and his injuries.

**WHEREFORE,** Plaintiffs demand judgment as noted below.

### Prayer For Relief

**WHEREFORE,** Plaintiff prays for the following relief:

    A. judgment against Defendants for compensatory damages;

    B. judgment against Defendants named individually for punitive damages;

    C. judgment for reasonable attorneys' fees and costs;

    D. a jury trial on all issues so triable;

    E. such further relief as is equitable and just.

Respectfully Submitted,

JOHN TORRACO
Florida Bar Number: 0641049
Law Office of John Torraco, P.L.
PO BOX 5180
Grove City, FL 34224
P 941.740.0761
F 888.808.0978

s/James V. Cook
JAMES V. COOK
Florida Bar Number: 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080; (850) 561-0836 fax

<sup>⊛</sup>JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| SUZANN HOLLIS | CITY OF KEY WEST and ERIC BISKUP |

**(b)** County of Residence of First Listed Plaintiff  **Broward**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **Monroe**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Law Office of John Torraco, PL, Post Office Box 5180, Grove City, FL 34224, 941 740-0761 Law Office of James Cook, 314 West Jefferson

Attorneys (If Known)

*12CV 10013*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

*• Action arose in Monroe County*

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☒ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. §§ 1983 and 1988
Brief description of cause:
Civil Rights Violation of Law Enforcement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 02/15/2012 | John Torraco, Esquire. |

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____